# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAURA MEALY,** *Plaintiff,* <br><br> v. <br><br> **CASABLANCA INVESTORS, LLC,** *Defendant.* | **CIVIL ACTION NO. 2:22-cv-3370-MMB** |

## ORDER RE MOTION TO DISMISS

**AND NOW**, this 6th day of March 2023, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim, Plaintiff's Response in Opposition, and Defendant's Reply, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion (ECF 10) is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON**
**United States District Judge**